STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. CLARENCE N. CALLARY, PLAINTIFF IN ERROR.

Submitted October 28, 1932—Decided January 23, 1933.

For the defendant in error, *T. Millet Hand*.

For the plaintiff in error, *Tuso & Stanger*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court, and reported in 108 *N. J. L.* 462.

*For affirmance*—THE CHANCELLOR, TRENCHARD, LLOYD, BODINE, DONGES, BROGAN, KAYS, HETFIELD, WELLS, KERNEY, JJ. 10.

*For reversal*—None.